22·08965MB

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Daniel DeAntonio, Special Agent with Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

### INTRODUCTION AND BACKGROUND INFORMATION

1.        I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the FBI Tucson Resident Agency, Tucson, Arizona. I have been a Special Agent since January of 2019. I am currently assigned to investigations involving crimes in Indian Country, which includes death investigations. I have investigated these types of crimes during my career with the FBI. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other FBI Agents and law enforcement agents.

2.        I submit this application and affidavit in support of a search warrant authorizing a search of the SUBJECT RESIDENCE further described in Attachments A, incorporated herein by reference, which is located in the District of Arizona. Located within the SUBJECT RESIDENCE to be searched, I seek to seize evidence, fruits, and instrumentalities of the foregoing criminal violations. I request authority to search the SUBJECT RESIDENCE, where the items specified in Attachment B may be found, and to seize all items listed in Attachment B as evidence of crime.

3.        The statements contained in this Affidavit are based in part on: information provided by FBI Special Agents; written reports about this investigation that I have received, directly or indirectly, from other law enforcement agents, information gathered from the service of administrative subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; and my experience, training and background as a Special Agent with the FBI. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested search warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish the necessary foundation for the requested warrant.

## PROBABLE CAUSE

4.      On November 1, 2022, I was contacted by Tohono O'odham Nation Police Department (TOPD) in reference to a possible homicide. I arrived on scene at approximately 9:00 pm, and was briefed by TOPD Detective Mike Rivas. Detective Rivas explained that Julio Sam, who was the homeowner of the residence where the incident took place, called 911 to report that he needed an ambulance to come to his house. Sam further explained that his cousin SHELDON (later identified as SHELDON RAMON, DOB 11/20/1994) beat someone up and that person was longer breathing. TOPD Patrol Officers arrived on scene and observed a male, laying on back, outside, with multiple areas of trauma. Ajo Paramedic crew were also on scene and attempted life saving measures for the male but were unsuccessful. TOPD made contact with RAMON at his residence, which was located approximately 50 yards from Sam's residence. While attempting to speak with RAMON, RAMON became agitated and was then taken into custody. RAMON did not speak to police any further and told police to not enter his residence. TOPD only enter the residence for safety and exited immediately after. The victim was identified as Timothy Miles, DOB 08/13/1977.

5.      I observed RAMON on scene, and it appeared RAMON had washed his hands. Sam described RAMON being in a dark colored shirt, pants, and a hat. I collected a hat on scene but no other clothing was found. RAMON was wearing a tank top and shorts when he was taken into custody. Sam explained further to Detectives that a chair and an axe handle was used on Miles. Both were recovered at the scene with a reddish substance on them.

6.      I believe RAMON changed his clothing, at his residence, and the clothing is still inside. RAMON's residence is located in Mountain Village, which is a village located on the Tohono O'odham Nation. RAMON's residence is a smaller, structure to south of the main residence. There is no actual address for traditional homes on the reservation. Nancy Ramon is the mother of RAMON and she explained that RAMON lived in that structure, which was located on her property.

## CONCLUSION

7.    I submit that this affidavit supports probable cause for a warrant authorizing the search of the SUBJECT RESIDENCE. The items will provide evidence related to the crime of Murder in violation of Title 18 United States Code 1111.

Special Agent Daniel DeAntonio
Federal Bureau of Investigation


Subscribed and sworn to me telephonically this ___02___ day of November, 2022.

Honorable D. Thomas Ferraro
United States Magistrate Judge

## ATTACHMENT A

## LOCATION TO BE SEARCHED

Subject Premises:  The Ramon residence, Mountain Village, Tohono O'odham Indian Nation, Arizona
GPS coordinates: N 32°14437 W 112°14258

Further described as a single story, cement plaster home located on the Tohono O'odham Nation Indian Reservation, in the Mountain Village. This residence's location is referred to the Ramon residence.



## ATTACHMENT B

### ITEMS TO BE SEIZED

1. Any and all clothing with reddish/brownish stains

2. Any and all shoes with reddish/brownish stains